## Commonwealth *v.* McKeever, Appellant.

Submitted June 14, 1971. *David E. Auerbach,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.